IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUNG BEA HAN,
    Plaintiff,

vs.                                        Case No. 3:09cv295/LAC/EMT

NICOLE McDONALD, et al.,
    Defendants.
_____/

**O R D E R**

Plaintiff, proceeding pro se, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The court notes that Plaintiff paid only a portion of the filing fee. The filing fee for a civil case is $350.00, but Plaintiff paid only $150.00. Before this matter may proceed, Plaintiff must pay $200.00, the remainder of the filing fee.

Accordingly, it is **ORDERED**:

1. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the remainder of the filing fee ($200.00).

2. Plaintiff's failure to comply with this order may result in dismissal of this action.

**DONE AND ORDERED** this 15th day of July 2009.

                                                  */s/ Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**