IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUNG BEA HAN,
      Plaintiff,

vs.                                Case No.: 3:09cv295/LAC/EMT

NICOLE McDONALD
and W. RICHARD FANCHER,
      Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 2, 2010 (Doc. 41). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. Defendants' motion to dismiss (Doc. 24) is **GRANTED**.

    3. Plaintiff's claims against Defendants are **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

    4. All pending motions are **DENIED** as moot.

5.  This case is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of March, 2010.


s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**